**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOSEPH RASCON,

       Petitioner,

vs.                                      CV No. 17-1241 MV/CG

LEA COUNTY CORRECTIONAL
FACILITY,

       Respondent.

### ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** is before the Court on Petitioner Joseph Rascon's *Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 2), filed December 15, 2017. The Court, having reviewed the Motion and Affidavit, finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner's *Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 2), is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE